**JOSEPH LABOSCO   #29463-053**
_____
Name

**P.O. BOX 4200**
_____
Prison Identification/Booking No.

**THREE RIVERS, TX 78071**
_____
ADDRESS or PLACE OF CONFINEMENT

_Note:_   _If represented by an attorney; his name, address_
_& telephone number._

_Note:_   _It is your responsibility to notify the Clerk of_
_Court in writing of any change of address._

United States District Court
Southern District of Texas
FILED

**JAN 0 4 2000**

MICHAEL N. MILBY  CLERK

---

# UNITED STATES DISTRICT COURT

**SOUTHERN** _____ DISTRICT OF _____ **TEXAS** _____

**JOSEPH LABOSCO**
_____
FULL NAME (Include name under which you were convicted)

Petitioner,

v.

**MICHAEL PURDY, WARDEN,**
**FCI THREE RIVERS, TX**
_____
NAME OF WARDEN, (or other authorized person having
custody of petitioner)

Respondent.

CASE NO. CV_____ **C   00   004** _____

To be supplied by the Clerk of the
United States District Court

CASE NO. CR **90-610-(S)(02)** _____
Criminal case under which sentence was imposed.

PETITION FOR WRIT OF HABEAS CORPUS
BY A PERSON IN FEDERAL CUSTODY
(28 U.S.C § 2241)

---

## INSTRUCTIONS -READ CAREFULLY

This petition shall be legibly handwritten or typewritten, signed
by _the petitioner, under pe_nalty of perjury. You must set forth
CONCISELY the answer to each question in the proper space on
the form.  Any false statement of _a materi_al fact may serve as the
basis for prosecution and conviction for perjury.

You must not attach separate pages to this petition except that
ONE separate additional page is permitted in answering Question
No.9.

---

Upon receipt of a fee of $5.00 your petition will be filed if it is in proper order.

If you are seeking leave to proceed *in forma pauperis* (without paying the $5.00 filing fee and other court costs), then you must also execute the declaration on the last page, setting forth information which establishes your inability to pay the fees and costs of the proceedings or to give security therefor. If you wish to proceed in forma pauperis, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution. If your prison account exceeds $25.00, you must pay the filing fee as required by the rule of the district court.

Only one sentence, conviction or parole matter may be challenged in a single petition. If you challenge more than one, you must do so by separate petitions.

Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

PLEASE COMPLETE THE FOLLOWING: (check appropriate number)

This petition concerns:

1. __**xxx**_____ a conviction.

2. __**xxx**_____ a sentence.

3. _____ jail or prison conditions.

4. _____ prison discipline.

5. _____ a parole problem.

6. **Incarceration** __ other.

## PETITION

1. Place of detention_____ **F.C.I. Three Rivers, Tx**_____

2. Name and location of court which imposed sentence___ **U.S. District Court, Eastern District**___
   **of New York, Brooklyn, New York**_____

3. The indictment number or numbers (if known) upon which, and the offense or offenses for which, sentence was imposed:

   (a) _____ **CF-90-610-(S)(02)**_____

   (b) _____

   (c) _____

4. The date upon which sentence was imposed and the terms of the sentence:

   (a) _ **On or about June 26, 1992;  twenth (20) years imprisonment, and Life**
   **supervised.**_____

   (b) _____

   (c) _____

5. Check whether a finding of guilty was made:

   (a) After a plea of guilty _____

   (b) After a plea of not guilty ____ **XXX**_____

   (c) After a plea of nolo contendere _____

6. If you were found guilty after a plea of not guilty, check whether that finding was made by :

   (a) a jury ____ **XXX**_____

   (b) a judge without a jury _____

7. Did you appeal from the judgment of conviction or the imposition of sentence?

   (**XX**) YES       (   ) NO

8. If you did appeal, give the following information for each appeal:

   a.   (1) Name of court ____ **Second Circuit Court of Appeals**_____

   (2) Result ____ **Affirmed District Courts Judgment of Conviction/Sentence**___

   (3) Date of result _____ **10-26-93**_____

   (4) Citation or number of opinion ____ **9 F.3d 1538**_____

---

## PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

(5) Grounds raised (list each)

(a) __Can't remember the grounds raised, but they aren't the same grounds__

(b) __raised herein._____

(c) _____

(d) _____

b. (1)   Name of court _____

(2)   Result _____

(3)   Date of result _____

(4)   Citation or number of opinion _____

(5)   Grounds raised (list each)

(a) _____

(b) _____

(c) _____

(d) _____

CAUTION:   If you are attacking a sentence imposed under a federal judgment, you must first file a direct appeal or motion under 28 U.S.C.
§          2255 in the federal court which entered the judgment.

9. State CONCISELY every ground on which you claim that you are being held unlawfully.  Summarize briefly the facts supporting each ground.
If necessary, attach a SINGLE page only behind this page.

CAUTION:   If you fail to set forth all grounds in this petition, you may be barred from presenting additional ground at a later date.

a.  Ground one ___**See, Memorandum Attached**_____

_____

Supporting FACTS (tell your story BRIEFLY without citing cases or law).

CAUTION:   You must state facts not conclusions in support of your grounds.  A rule of thumb to follow is - who did exactly what to violate
your

rights at what time and place.      **See, Memorandum Attached**

_____

_____

_____

_____

PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY

_____

_____

_____

_____

b. Ground Two _____ **See, Memorandum Attached** _____

_____

Supporting FACTS (Tell your story BRIEFLY without citing cases or law).

_____ **See, Memorandum Attached** _____

_____

_____

_____

_____

c. Ground Three_____

_____

Supporting FACTS (Tell your story BRIEFLY without citing cases or law).

_____

_____

_____

_____

_____

_____

_____

d. Ground Four _____

_____

_____

_____

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY**

Supporting FACTS (Tell you story BRIEFLY without citing cases or law).

_____

_____

_____

_____

_____

_____

_____

_____

10. Have you filed previous petitions for habeas corpus, motions under Section 2255 of Title 28, United States Code, or any other applications, petitions or motions with respect to this conviction?

    (XX) Yes    ( ) No

11. If your answer to Question No. 10 was yes, give the following information:

    a.  (1) Name of Court____U.S. District Court, Eastern District of New york____

        (2) Nature of proceeding____28 U.S.C. §2255____

        (3) Grounds raised____Ineffective Assistance of Counsel____

        _____

        _____

        (4) Result____Denied____

        (5) Date of result____Aug. 21, 1998____

        (6) Citation or number of any written opinions or orders entered pursuant to each disposition.

        ____90 CR-494(RR)____

    b.  (1) Name of Court____

        (2) Nature of proceeding____

        (3) Grounds raised____

        _____

        _____

        (4) Result____

        (5) Date of result____

**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY**

CltPDF - www.festo.com

(6) Citation or number of any written opinions or orders entered pursuant to each disposition.

12. If you did not file a motion under Section 2255 of Title 27\8, United States Code, or if you filed such a motion and it was denied, state why your

remedy by way of such motion is inadequate or ineffective to test the legality of your detention:

28 U.S.C. §2255 is not available to me, because I filed one §2255 Motion which was denied as being untimely filed pursuant to the Antiterrorism and Effective Death Penalty Act (AEDPA).  Thus, I do not have standing to file a second §2255 Petition.

13. Are you presently represented by counsel?   (  ) Yes   ( XX ) No

If so, name, address and telephone number _____ **N/A**

Case name and court _____ **N/A**

14. If you are seeking leave to proceed in forma pauperis, have you completed the declaration setting forth the required information?

(   ) Yes      ( XX ) No

WHEREFORE,   petitioner prays that the court grant petitioner relief to which he may be entitled in this proceeding,

_____
Signature of Attorney (if any)

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on _____ 12/9/99 _____
(Date)

_____
Signature of Petitioner

MICHAEL VAN HORN
Notary Public, State of Texas
My Comm. Exp. 05/30/00

_____
**PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN FEDERAL CUSTODY**