IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED

FEB 0 1 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JOSEPH LABOSCO | § |
| | § |
| V. | §    C.A. NO. C-00-04 |
| | § |
| MICHAEL PURDY | § |

## FINAL JUDGMENT

The Court hereby enters final judgment dismissing this petition.

ORDERED this __28__ day of _____, 2000.

_____
H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE

ClibPDF - www.fastio.com