IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
FILED

FEB 17 2000

Michael N. Milby, Clerk of Court

| | |
|---|---|
| JOSEPH LABOSCO, | ) |
| Appellant, | ) |
| vs. | ) C.A. NO. C-00-04 |
| MICHAEL PURDY, | ) |
| Appellee. | ) |

### NOTICE OF APPEAL

COMES NOW, Joseph LaBosco, your Appellant who hereby give notice of appeal to the Fifth Circuit Court of Appeals, from the District Courts Feb. 1, 2000, Order of Dismissal and Final Judgment, in the above numbered cause.

THIS APPEAL IS TAKEN IN GOOD-FAITH.

Date: 2-10-2000

Respectfully Submitted,

Joseph LaBosco
Reg. No. 29463-053
P.O. Box 4200
Three Rivers, Tx 78071

AO 240 (1/94)

# United States District Court

SOUTHERN DISTRICT OF TEXAS

JOSEPH LABOSCO,

    Plaintiff - Appellant,

    V.

MICHAEL PURDY,

    Defendant - Appellee

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: C-00-04

I, __JOSEPH LABOSCO__ declare that I am the (check appropriate box)

[ ] petitioner/plaintiff/movant      [X] other    Appellant

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC. §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated? [X] Yes    [ ] No    (If No go to Part 2)

   If "Yes" state the place of your incarceration __F.C.I. Three Rivers, Tx__

   Are you employed at the institution? __Yes__    Do you receive any payment from the institution? __Yes__

   Have the institution fill out the Certificate portion of this affidavit and attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed? [X] Yes    [ ] No

   a. If the answer is "Yes" state the amount of your take-home salary or wages and pay period and give the name and address of your employer.
       I work in the Institution ( ORDERLY ), and I earn approximately ($ 2.40) per month.

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
       N/A

3. In the past 12 twelve months have your received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | [ ] | [X] |
   | b. | Rent payments, interest or dividends | [ ] | [X] |
   | c. | Pensions, annuities or life insurance payments | [ ] | [X] |
   | d. | Disability or workers compensation payments | [ ] | [X] |
   | e. | Gifts or inheritances | [ ] | [X] |
   | f. | Any other sources | [ ] | [X] |

   If the answer to any of the above is "Yes" describe each source of money and state the amount received and what you expect you will continue to receive.

       N/A

AO 240 (1/94)

4. Do you have **any** cash or checking or savings accounts?  ☐ Yes   ☒ No

   If "Yes" state the total amount. ___N/A___

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?   ☐ Yes   ☒ No

   If "Yes" describe the property and state its value.

   N/A

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   None

I declare under penalty of perjury that the above information is true and correct.

___2-10-2000___                            ___Joseph LaRosa___
       DATE                                  SIGNATURE OF APPLICANT

## CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein has the sum of $ __100.00__ on account to his/her credit at (name of institution) __FCI Three Rivers Texas__. I further certify that the applicant has the following securities to his/her credit: _____

_____. I further certify that during the past six months the applicant's average balance was $ __100.00__.

___2-10-2000___                            ___Tom Toli___, Counselor
       DATE                                  SIGNATURE OF AUTHORIZED OFFICER