IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

United States District Court
Southern District of Texas
ENTERED
MAR 0 1 2000
Michael N. Milby, Clerk of Court

| | | |
|---|---|---|
| JOSEPH LABOSCO | § | |
| | § | |
| V. | § | C.A. NO. C-00-04 |
| | § | |
| MICHAEL PURDY | § | |

## ORDER DENYING MOTION TO PROCEED
## IN FORMA PAUPERIS ON APPEAL

Petitioner seeks to proceed *in forma pauperis* on appeal from the final judgment dismissing his § 2241 petition (D.E. 7). Under Rule 24(a)(3), petitioner is ineligible for *in forma pauperis* status if the Court certifies that the appeal is not taken in good faith. Fed. R. App. P. 24(a)(3). Good faith is demonstrated when a prisoner seeks appellate review of any nonfrivolous issue. Howard v. King, 707 F.2d 215, 219 (5th Cir. 1983). If the district court finds no "legal points arguable on their merits," then an appeal is not taken in good faith. Id.

For the reasons stated in the order of dismissal (D.E. 5), the Court certifies that petitioner's appeal is not taken in good faith. Fed. R. App. P. 24(a)(3); Baugh v. Taylor, 117 F.3d 197, 201 n. 21 (5th Cir. 1997). Accordingly, petitioner's motion to proceed *in forma pauperis* on appeal is DENIED. To avoid dismissal of his appeal for want of prosecution, petitioner must pay the $105.00 appellate filing fee within thirty (30) days from the date of this order.

ORDERED this 29 day of Feb, 2000.

H. W. HEAD, JR.
UNITED STATES DISTRICT JUDGE