# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

U.S. COURT OF APPEALS
# FILED

No. 00-40187
Conference Calendar

AUG 2 4 2000

CHARLES R. FULBRUGE III
CLERK

D.C. Docket No. C-00-CV-4

JOSEPH LABOSCO

     Petitioner - Appellant

  v.

United States District Court
Southern District of Texas
FILED

OCT 19 2000

MICHAEL PURDY, Warden

     Respondent - Appellee

MICHAEL N. MILBY CLERK

Appeal from the United States District Court for the
Southern District of Texas, Corpus Christi.

Before KING, Chief Judge, and POLITZ and WIENER, Circuit Judges.

## J U D G M E N T

     This cause was considered on the record on appeal and the
briefs on file.

     It is ordered and adjudged that the appeal is dismissed as
frivolous.

ISSUED AS MANDATE:   OCT 17 2000

A true copy
Test

Clerk, U. S. Court of Appeals, Fifth Circuit

By _____
       Deputy    OCT 17 2000

New Orleans, Louisiana

a.